IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JENNIE A. CUSANELLI,

Plaintiff,

-vs-                                                CASE NO.:

ROYAL CARIBBEAN CRUISES LTD.,
A Liberian Company,

Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JENNIE A. CUSANELLI, by and through her undersigned attorneys, and sues Defendant, ROYAL CARIBBEAN CRUISES LTD., A LIBERIAN COMPANY (**hereinafter** ROYAL CARIBBEAN) and alleges:

1. This is an action for damages that exceeds Seventy five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorneys' fees.

2. This court has jurisdiction pursuant to 28 USC §1333 and the Contract of Carriage.

3. Plaintiff has satisfied and performed all conditions precedent for bringing this action.

4. At all times mentioned herein, Plaintiff, JENNIE A. CUSANELLI, was and is now a resident of the State of Florida.

5. At all times material hereto, the Defendant, ROYAL CARIBBEAN, was and now is a foreign corporation with offices and agents and doing business in the State of Florida, at 1050 Caribbean Way, Miami, Florida, 33132, in Miami-Dade County, Florida.

6. At all times material hereto, Defendant, ROYAL CARIBBEAN was the bareboat charterer, pro hac vice owner, owner and/or operator of the cruise vessel OASIS OF THE SEAS, a pleasure cruise vessel which Defendant used to transport fare-paying passengers from Port Canaveral, Florida.

7. At all times material hereto, Plaintiff was a fare-paying passenger aboard the OASIS OF THE SEAS.

8. On or about February 16, 2016, Defendant ROYAL CARIBBEAN, failed in its duty of reasonable care to the Plaintiff while Plaintiff exiting the cruise ship docked in Haiti.

9. More specifically, on or about February 28, 2017, Plaintiff, JENNIE A. CUSANELLI, was exiting cruise ship docked in Haiti when she tripped and fell on gangplank that was in disrepair. ROYAL CARIBBEAN, through its employees and/or agents failed to provide the Plaintiff with a safe way to exit the cruise ship. As a result, Plaintiff, tripped and fell on the gangplank exiting cruise ship and as a direct and proximate result, Plaintiff was injured.

11. On the date and at the place aforesaid, the Defendant ROYAL CARIBBEAN, by and through its crewmembers, employees and/or agents, breached its duty owed to the Plaintiff, JENNIE A. CUSANELLI, by committing one or more of the following omissions or commissions:

   a. Negligently failing to act reasonably under the circumstances and provide Plaintiff with a reasonable and safe means to exit the cruise ship;

   b. Negligently failed reasonably assist Plaintiff exiting cruise ship;

   c. Negligently failed to warn or adequately warn the Plaintiff, JENNIE A. CUSANELLI, of the danger of exiting the cruise ship and the dangerous condition of the gangplank, when the Defendant, ROYAL CARIBBEAN, knew or should have known of said danger; and

   d. Negligently failed to correct or adequately correct the dangerous condition of the gang plank that was either known or should have been known to the Defendant, ROYAL CARIBBEAN.

12. As a direct and proximate result of the negligence of the Defendant, ROYAL CARIBBEAN'S failure to use reasonable care under the circumstances, the Plaintiff, JENNIE A. CUSANELLI, suffered serious bodily injury, resulting in pain and suffering, disability, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and ability to earn money. Plaintiff, JENNIE A. CUSANELLI continues to have pain, and as

such, continues to seek treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, JENNIE A. CUSANELLI, demands judgment against the Defendant, ROYAL CARIBBEAN, for compensatory, pre-judgment interest, post judgment interest, costs and general relief, and further demands a trial by jury on all issues so triable.

DATED this __14th__ day of February, 2018.

/s/ *Adam Brum*
Adam Brum, Esquire
Morgan & Morgan, P.A.
5544 Central Avenue
St. Petersburg, FL 33707
Tele: (727) 318-6344
Fax: (727) 318-6374
abrum@forthepeople.com
cmarckese@forthepeople.com
Florida Bar #: 999512
Attorney for Plaintiff(s)